# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

        Plaintiff,　　　　　　　　　　　　　　　　　　　　　Case No. 07-CR-28

v.

YUTAKA YAMAMOTO,

        Defendant.

---

## PRELIMINARY ORDER OF FORFEITURE

---

Upon the motion of the United States of America pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, and upon the entry of the plea agreement, and in consideration of the guilty plea of the above-named defendant to Count One of the Information, defendant Yutaka Yamamoto agrees to the forfeiture of his interest in properties named in the forfeiture provision of the Information filed on January 24, 2007;

**IT IS HEREBY ORDERED** that any right, title and interest of the defendant in the properties described below is hereby forfeited to the United States pursuant to Title 17, United States Code, Sections 506(b) and 509:

    A.    Two Generic Midtower Computers;

    B.    One Generic Midtower Computer with P4 Label on the front;

    C.    E-Machine Laptop, Model M5309, S/N # N7042 700 10266;

    D.    E-Machine Mini-Tower, T2882, S/N RC 3185404-0028; and

    E.    One Dragon Soyo Midtower Computer.

**IT IS FURTHER ORDERED** that the above items shall be seized forthwith by the United States Marshal for the Eastern District of Wisconsin, or its duly authorized representative.

**IT IS FURTHER ORDERED** that pursuant to Title 21, United States Code, Section 853(n)(1) the United States shall publish notice of this order and of its intent to dispose of the properties according to law.

**IT IS FURTHER ORDERED** that this Order be incorporated by reference in the defendant's Judgment and Commitment Order.

Dated at Milwaukee, Wisconsin, this 26th day of March, 2008.

BY THE COURT:

J.P. Stadtmueller
U.S. District Judge